UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Andrew S. and Robin L. LANGSAM, | ) |
|     Plaintiffs, | ) Case 08 CV. 02222 |
| | )     (WCC) |
| vs. | ) |
| | )     Limited Appearance To Challenge Personal Jurisdiction |
| Vallarta Gardens; | ) |
| Arrendodora e Inmobiliaria La Paz, S. de R.L. de C.V.; | ) |
| Fejo, S.A. de C.V.; | ) |
| P.V.P.F.O. S. de R.L. de C.V. | ) |
| P.V. P. F. O. LLC., | ) |
| Alan J. Sutker and | ) |
| Carlos Humberto Rivera Miramontes | ) |
|     Defendants | ) |

_____

SIR:

PLEASE TAKE NOTICE, that the defendants ARRENDADORA E INMOBILIARIA LA PAZ, FEJO SA DE CV, and CARLOS RIVERA, hereby appears in the above entitled action through attorney Nelson M. Stern, and does <u>NOT</u> waive service of all papers and of notices of all proceedings in said action, and request papers be served to the below address.

Dated: September 8, 2008

*Nelson M. Stern*
Nelson M. Stern, Esq.
630 3rd Avenue
Eighteenth Floor
New York, NY 10017
Phone: 212-223-8330
Fax: 212-949-1857
ScooterLawyer@aol.com

*Attorney making limited appearance for defendants Arrendadora and Rivera to challenge personal jurisdiction*

To:

Andrew S. Langsam, Esq.
PRYOR CASHMAN LLP
410 Park Avenue
New York, New York 10022
Tel: 212 326-0180
Fax: 212 515-6969

Pro Se Attorney for Plaintiffs

Dated:  August ___, 1993

Affidavit of Service

Nelson M. Stern, being duly sworn, deposes and says:

1. I am attorney duly authorized to practice law before this Court and affirms to the truth of the following, pursuant to penalties of perjury and Federal Rules of Civil Procedure.

2. I am the attorney for two of the defendants in this case.

3. I served the below listed document on the below listed parties by the below stated method:

Notice of Limited Appearance

To:

Andrew S. Langsam, Esq.
PRYOR CASHMAN LLP
410 Park Avenue
New York, New York 10022
Tel: 212 326-0180
Fax: 212 515-6969

Pro Se Attorney for Plaintiffs


___ **BY IN HAND MESSENGER - I delivered the document in a sealed envelop for personal in hand delivery on December 6, 1999**

**AND**

**_X _ BY FIRST CLASS MAIL: I enclosed the document in an envelope with sufficient postage for First Class Mail delivery on December 7, 1999.**

    4.    **I declare and, certify under penalty of perjury under the laws of the State of New York and this Court that the foregoing is true and correct and that this declaration was executed this date at New York, NY.**

Dated:   New York, NY
          September 8, 2008

                              *Nelson M. Stern*
                              Nelson M. Stern